ERRATA

<u>AG der Dillinger Hüttenwerke, et. al. v. United States</u>, Consol. Court No. 17-00158, Slip Op. 21-101, dated August 18, 2021.

Page 7:   In line 8, delete "the" after "that" and before "Rogesa's consumption values".

Page 10:   In line 7, delete "to" after "Commerce" and before "for further analysis".

August 23, 2021