UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE LEO M. GORDON, JUDGE

| | |
|---|---|
| AG DER DILLINGER HÜTTENWERKE,<br><br>      Plaintiff,<br><br>ILSENBURGER GROBBLECH GMBH, SALZGITTER MANNESMANN GROBBLECH GMBH, SALZGITTER FLACHSTAHL GMBH, AND SALZGITTER MANNESMANN INTERNATIONAL GMBH,<br><br>      Consolidated Plaintiffs,<br>and<br><br>THYSSENKRUPP STEEL EUROPE AG and FRIEDR. LOHMANN GMBH,<br><br>      Plaintiff-Intervenors,<br><br>v.<br>UNITED STATES,<br><br>      Defendant,<br>and<br><br>NUCOR CORPORATION and SSAB ENTERPRISES LLC,<br><br>      Defendant-Intervenors. | Consol. Court No. 17-00158 |

## CONSOLIDATED PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Consolidated Plaintiffs Ilsenburger Grobblech GmbH ("ILG"), Salzgitter Mannesmann Grobblech GmbH ("MGB"), Salzgitter Flachstahl GmbH ("SZFG"), and Salzgitter Mannesmann International GmbH ("SMID") (collectively, "Salzgitter") hereby appeal to the United States Court of Appeals for the Federal Circuit from this Court's order for partial final judgment and judgment entered in this action on November 15, 2023.

                                                             Respectfully submitted,

                                                             WHITE & CASE LLP

                                                             */s/ David E. Bond*  
                                                             David E. Bond  
                                                             Ron Kendler  
                                                             Allison Kepkay  
                                                             701 Thirteenth Street, NW  
                                                             Washington, DC 20005  
                                                             (202) 626-3600

                                                             Counsel to Consolidated Plaintiffs

Date: November 28, 2023

**CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 2(b) of the Court's Standard Chambers Procedures, the undersigned counsel certifies that Consolidated Plaintiffs' Notice of Appeal complies with the Court's type-volume limitation rules. According to the word count calculated by the word processing system with which the motion was prepared, the motion contains a total of 262 words.

*/s/ David E. Bond*

November 28, 2023

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of November, 2023, I electronically filed a copy of the foregoing using the CM/ECF system, which sent a notification of such filing to counsel of record.

                                      */s/ David E. Bond*