FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)  Form 1  March 2023

# UNITED STATES
# COURT OF INTERNATIONAL TRADE

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 17-00158

Case title being appealed: AG der Dillinger Hüttenwerke v. United States

Date of final judgment or order being appealed: 12/21/2023

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

AG der Dillinger Hüttenwerke

Date: 02/13/2024

Signature: /s/ Marc E. Montalbine

Name: Marc E. Montalbine

Address: 1156 Fifteenth Street, N.W.

Suite 1101

Washington, DC 20005

Phone Number: 202-783-6900

Email Address: montalbine@dhlaw.de