# United States Court of Appeals for the Federal Circuit

---

**AG DER DILLINGER HUTTENWERKE, FRIEDR. LOHMANN GMBH, THYSSENKRUPP STEEL EUROPE AG,**

*Plaintiffs*

**ILSENBURGER GROBBLECH GMBH, SALZGITTER FLACHSTAHL GMBH, SALZGITTER MANNESMANN GROBBLECH GMBH, SALZGITTER MANNESMANN INTERNATIONAL GMBH,**

*Plaintiffs-Appellants*

v.

**UNITED STATES, SSAB ENTERPRISES LLC, NUCOR CORPORATION,**

*Defendants-Appellees*

---

2024-1219

---

Appeal from the United States Court of International Trade in Nos. 1:17-cv-00158-LMG, 1:17-cv-00160-LMG, 1:17-cv-00162-LMG, Senior Judge Leo M. Gordon.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered June 17, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

August 26, 2025  
Date



Jarrett B. Perlow  
Clerk of Court