## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE LEO M. GORDON, SENIOR JUDGE

|  |  |
|---|---|
| AG DER DILLINGER HUTENWERKE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Consol. Court No. 17-0158 |
| UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as "of counsel" for defendant, the United States, in this action and requests that all papers be served on her.  The individual attorney in the Government, who is responsible for the litigation, is Tara Hogan.


Dated:  January 29, 2026            s/Shanni Alon
                                    SHANNI ALON
                                    Attorney
                                    Office of the Chief Counsel
                                     for Trade Enforcement & Compliance
                                    U.S. Department of Commerce
                                    1401 Constitution Avenue N.W.
                                    Washington, D.C. 20230
                                    Tel:  (202) 482-5056
                                    Email:  Shanni.Alon@trade.gov