UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  The Honorable Leo M. Gordon, Judge

| | |
|---|---|
| AG DER DILLINGER HÜTTENWERKE, ) | |
| Plaintiff, ) | |
| ILSENBURGER GROBBLECH GMBH, SALZGITTER MANNESMANN GROBBLECH GMBH, SALZGITTER FLACHSTAHL GMBH, SALZGITTER MANNESMANN INTERNATIONAL GMBH and FRIEDR. LOHMANN GMBH, ) | |
| Consolidated Plaintiffs, ) and | Consol. Ct. No. 17-00158 |
| THYSSENKRUPP STEEL EUROPE AG, ) | |
| Plaintiff-Intervenor, ) v. | |
| UNITED STATES, ) | |
| Defendant, ) | |
| and ) | |
| NUCOR CORPORATION and SSAB ENTERPRISES LLC, ) | |
| Defendant-Intervenors. ) | |

**ORDER**

Upon consideration of the parties' proposed schedule concerning the remand redetermination filed by the U.S. Department of Commerce ("Commerce") in this action on March 5, 2026 (ECF # 231), it is hereby

**ORDERED** that the following schedule is established:

(1) Within 14 days of the date of entry of the Court's scheduling order, the agency must file a certified list and any new administrative record documents or their electronic equivalent;

(2) Parties may file and serve comments in opposition to the agency's remand redetermination within 30 days after the date of entry of the Court's scheduling order;

(3) The defendant and other parties supporting the agency's redetermination may file and serve responsive comments in support of the agency's remand redetermination within 30 days after the filing of the comments in opposition to the agency's remand redetermination.  Where two or more parties file comments in opposition to the agency's remand redetermination, the due date for responsive comments in support of the agency's redetermination will be governed by the latest filing date of comments in opposition to the agency's remand redetermination;

(4) Within 14 days of the date of filing of responsive comments in support of the agency's redetermination, the parties submitting comments in opposition to the agency's remand redetermination must file a single joint appendix containing a copy of those portions of the administrative record cited in the comments filed by all parties; and

(5) No other comments or papers are allowed, except by leave of court.

and it is further

**ORDERED** that parties' comments and responsive comments shall not exceed 3,000 words.  If a party files both comments in opposition to the agency's remand redetermination and responsive comments in support of the agency's remand redetermination, its remand submissions cumulatively may not exceed 5,000 words.

**SO ORDERED.**

Date: __March 18____, 2026                    /s/ Leo M. Gordon
New York, New York                          _____
                                            Leo M. Gordon, Judge

2