March 18, 2026

**FILED ELECTRONICALLY VIA CM/ECF**

Gina Justice
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

Re:     *AG der Dillinger Huttenwerke v. United States*, Court No. 17-00158

Dear Ms. Justice:

In accordance with Rule 56.2(h)(1) of the Rules of this Court, I am transmitting the index of the administrative record for the above-referenced case as it pertains to the remand proceeding conducted pursuant to Court's orders of December 1, 2025 and January 26, 2026.  I am also transmitting the certification for the index.  The Department of Commerce's remand redetermination was filed with the Court on March 5, 2026.

Pursuant to Rule 73.2, the Department is not filing the record with the Court.  By way of reminder, however, the record index (like the record) is divided into two sections, one listing public documents and the other listing documents with business proprietary information.

If you have any questions concerning this matter, please contact me at (202) 482-5056.

Respectfully submitted,

/s Shanni Alon
SHANNI ALON
Attorney
Office of the Chief Counsel
   for Trade Enforcement & Compliance

Attachments

Ms. Gina Justice
March 18, 2026
Page 2


cc:      (with index and certification)

Tara Hogan
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC  20530
Tara.hogan@usdoj.gov

Marc Edward Montalbine
deKieffer & Horgan, PLLC
1156 15th St. NW
Washington, DC 20005
montalbine@dhlaw.de

David Edward Bond
White & Case, LLP
701 13th St NW
Washington, DC 20005
dbond@whitecase.com

Roger Brian Schagrin
Schagrin Associates
900 7th St NW
Washington, DC 20001
rshagrin@schagrinassociates.com

Alan Hayden Price
Wiley Rein, LLP
2050 M St. NW
Washington, DC 20036
aprice@wiley.law