**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE LEO M. GORDON, SENIOR JUDGE

| | |
|---|---|
| AG DER DILLINGER HUTENWERKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Consol. Court No. 17-0158 |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF IAN RIGGS**

1. Pursuant to Rule 56.2(h)(1) of the U.S. Court of International Trade, I, Ian Riggs, International Trade Compliance Analyst, Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, do hereby certify and affirm that I have legal custody and control of the documents constituting the administrative record as it pertains to the remand redetermination issued pursuant to this Court's orders of December 1, 2025 and January 26, 2026, in the above-captioned case.

2. To the best of my knowledge, I have included in the remand record all documents pertaining to the above-referenced remand proceeding presented to or obtained by the Secretary of Commerce or appropriate delegates during the remand proceeding.

3. I have prepared a true and complete copy of the remand record in the above-referenced remand proceeding.

4. The attached index is a complete list of the documents comprising the remand record in the above-referenced remand proceeding.

5. I affirm, under penalties of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: 3/16/2025

Ian Riggs
International Trade Compliance Analyst
Office of AD/CVD Enforcement Operations
Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
Washington, D.C. 20230