Report generated on: 3/12/2026 9:14:59 AM

UNITED STATES DEPARTMENT OF COMMERCE - INTERNATIONAL TRADE ADMINISTRATION - INDEX TO ADMINISTRATIVE RECORD

CASE NUMBER A-428-844 - Carbon and Alloy Steel Cut-To-Length Plate From Germany

REM - CAFC 2024-1498

*Contains Data files*

**\* BPI Documents - May Be Released Under APO \* BPI Documents - May Be Released Under APO**

Print

| Item No. | Upload Date | Document Title | Segment | Bar Code |
|---|---|---|---|---|
| 1<br>BPI Releasable | 1/22/2026 | MEMO FROM USDOC TO FILE<br>PERTAINING TO DILLINGER<br>DRAFT REMAND CALCULATION | REM - CAFC 2024-1498 | 4868400-01 |
| 2<br>BPI Releasable | 1/22/2026 | COMPUTER_PROGRAMS FROM USDOC TO FILE<br>PERTAINING TO DILLINGER<br>HOME MARKET PROGRAM | REM - CAFC 2024-1498 | 4868400-02 |
| 3<br>BPI Releasable | 1/22/2026 | COMPUTER_PROGRAMS FROM USDOC TO FILE<br>PERTAINING TO DILLINGER<br>MARGIN PROGRAM | REM - CAFC 2024-1498 | 4868400-03 |
| 4<br>BPI Releasable | 1/22/2026 | COMPUTER_PROGRAMS FROM USDOC TO FILE<br>PERTAINING TO DILLINGER<br>MACROS | REM - CAFC 2024-1498 | 4868400-04 |
| 5<br>BPI Releasable | 1/22/2026 | DATA FROM USDOC TO FILE<br>PERTAINING TO DILLINGER<br>EXCHANGE RATES | REM - CAFC 2024-1498 | 4868400-05 |
| 6<br>BPI Releasable | 1/22/2026 | DATA FROM USDOC TO FILE<br>PERTAINING TO DILLINGER<br>ATTACHMENT 3 - NON-PRIME COST CALCS | REM - CAFC 2024-1498 | 4868400-06 |
| 7<br>BPI Releasable | 2/2/2026 | LETTER FROM DEKIEFFER & HORGAN TO SEC OF COMMERCE<br>PERTAINING TO DILLINGER<br>CMTS ON DRAFT RESULTS OF REDETERMINATION | REM - CAFC 2024-1498 | 4874341-01 |
| 8<br>BPI Releasable | 3/6/2026 | MEMO FROM USDOC TO FILE<br>PERTAINING TO DILLINGER<br>FINAL REMAND CALCULATION | REM - CAFC 2024-1498 | 4890512-01 |
| 9<br>BPI Releasable | 3/6/2026 | COMPUTER_PROGRAMS FROM USDOC TO FILE<br>PERTAINING TO DILLINGER<br>HOME MARKET PROGRAM | REM - CAFC 2024-1498 | 4890512-02 |
| 10<br>BPI Releasable | 3/6/2026 | COMPUTER_PROGRAMS FROM USDOC TO FILE<br>PERTAINING TO DILLINGER<br>MARGIN PROGRAM | REM - CAFC 2024-1498 | 4890512-03 |
| 11<br>BPI Releasable | 3/6/2026 | COMPUTER_PROGRAMS FROM USDOC TO FILE<br>PERTAINING TO DILLINGER<br>MACROS | REM - CAFC 2024-1498 | 4890512-04 |

| 12 BPI Releasable | 3/6/2026 | DATA FROM USDOC TO FILE PERTAINING TO DILLINGER EXCHANGE RATES | REM - CAFC 2024-1498 | [4890512-05](#) |
|---|---|---|---|---|
| 13 BPI Releasable | 3/6/2026 | DATA FROM USDOC TO FILE PERTAINING TO DILLINGER ATTACHMENT 3 - NON-PRIME COST CALC | REM - CAFC 2024-1498 | [4890512-06](#) |