Report generated on: 3/12/2026 9:14:01 AM

UNITED STATES DEPARTMENT OF COMMERCE - INTERNATIONAL TRADE ADMINISTRATION - INDEX TO ADMINISTRATIVE RECORD

CASE NUMBER A-428-844 - Carbon and Alloy Steel Cut-To-Length Plate From Germany

REM - CAFC 2024-1498

*Contains Data files*

**\* Public Document \* Public Document \* Public Document**

Print

| Item No. | Upload Date | Document Title | Segment | Bar Code |
|---|---|---|---|---|
| 1 Public Document | 1/21/2026 | OTHER FROM USDOC TO FILE PERTAINING TO INTERESTED PARTIES DRAFT REMAND REDETERMINATION | REM - CAFC 2024-1498 | 4868002-01 |
| 2 Public Version | 1/22/2026 | MEMO FROM USDOC TO FILE PERTAINING TO DILLINGER DRAFT REMAND CALCULATION | REM - CAFC 2024-1498 | 4868407-01 |
| 3 Public Version | 1/22/2026 | COMPUTER_PROGRAMS FROM USDOC TO FILE PERTAINING TO DILLINGER MACROS | REM - CAFC 2024-1498 | 4868407-02 |
| 4 Public Version | 1/22/2026 | DATA FROM USDOC TO FILE PERTAINING TO DILLINGER EXCHANGE RATES | REM - CAFC 2024-1498 | 4868407-03 |
| 5 Public Document | 1/22/2026 | LETTER FROM DEKIEFFER & HORGAN TO SEC OF COMMERCE PERTAINING TO DILLINGER REQ EXT FOR CMTS ON DRAFT RESULTS OF REDETERMINATION | REM - CAFC 2024-1498 | 4868558-01 |
| 6 Public Document | 1/26/2026 | LETTER FROM DEKIEFFER & HORGAN TO SEC OF COMMERCE PERTAINING TO DILLINGER REQ EXT FOR CMTS ON DRAFT RESULTS OF REDETER | REM - CAFC 2024-1498 | 4869573-01 |
| 7 Public Document | 1/26/2026 | LETTER FROM USDOC TO INTERESTED PARTIES PERTAINING TO INTERESTED PARTIES GRANTS EXT FOR COMMENTS ON DRAFT REMAND | REM - CAFC 2024-1498 | 4869743-01 |
| 8 Public Document | 2/2/2026 | LETTER FROM WILEY REIN LLP TO SEC OF COMMERCE PERTAINING TO NUCOR CMTS ON DRAFT RESULTS OF REDETERMINATION | REM - CAFC 2024-1498 | 4874291-01 |
| 9 Public Version | 2/2/2026 | LETTER FROM DEKIEFFER & HORGAN TO SEC OF COMMERCE PERTAINING TO DILLINGER CMTS ON DRAFT RESULTS OF REDETERMINATION | REM - CAFC 2024-1498 | 4874347-01 |
| 10 Public | 3/5/2026 | OTHER FROM USDOC TO FILE PERTAINING TO INTERESTED PARTIES | REM - CAFC 2024-1498 | 4889844-01 |

| Document | | FINAL REMAND REDETERMINATION | | |
|---|---|---|---|---|
| 11<br>Public Version | 3/6/2026 | MEMO FROM USDOC TO FILE<br>PERTAINING TO DILLINGER<br>FINAL REMAND CALCULATION | REM - CAFC 2024-1498 | [4890518-01](#) |
| 12<br>Public Version | 3/6/2026 | COMPUTER_PROGRAMS FROM USDOC TO FILE<br>PERTAINING TO DILLINGER<br>MACROS | REM - CAFC 2024-1498 | [4890518-02](#) |
| 13<br>Public Version | 3/6/2026 | DATA FROM USDOC TO FILE<br>PERTAINING TO DILLINGER<br>EXCHANGE RATES | REM - CAFC 2024-1498 | [4890518-03](#) |