UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  The Honorable Leo M. Gordon, Judge

| | |
|---|---|
| AG DER DILLINGER HÜTTENWERKE,<br><br>Plaintiff,<br><br>ILSENBURGER GROBBLECH GMBH, *et al*.,<br><br>Consolidated Plaintiffs,<br>and<br><br>THYSSENKRUPP STEEL EUROPE AG,<br><br>Plaintiff-Intervenor,<br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>NUCOR CORPORATION, *et. al*,<br><br>Defendant-Intervenors. | Consol. Ct. No. 17-00158 |

**PLAINTIFF AG DER DILLINGER HÜTTENWERKE**
**COMMENTS ON FINAL RESULTS OF REDETERMINATION**

Pursuant to the Court's scheduling order of March 18, 2026 (ECF 233), plaintiff, AG der Dillinger Hüttenwerke ("Dillinger"), hereby submits these comments concerning the final results of redetermination filed by the U.S. Department of Commerce ("Commerce") in this case on March 5, 2026 (ECF 231) ("Redetermination V").  Dillinger does not oppose Commerce's final results of redetermination.

This current remand proceeding results from the decision of the U.S. Court of Appeals for the Federal Circuit striking down Commerce's methodology concerning the costs of production for non-prime merchandise.  AG der Dillinger Hüttenwerke v. United States, 156 F.4th 1314 (Fed. Cir. 2025).  As a result of the Federal Circuit's decision, this Court remanded the matter back to Commerce by order dated December 1, 2025 (ECF 224).  As a part of its remand proceeding, Commerce issued draft results of redetermination on January 21, 2026. Draft Results of Redetermination, (Jan 21, 2026) (Barcode: 4868002-01) (PDR5-1).  Dillinger filed comments in opposition to Commerce's draft results of redetermination on February 2, 2026, challenging the information Commerce used as the purported costs of production for non-prime merchandise.  Dillinger Comments on Draft Results of Redetermination, (Feb. 2, 2026) (Barcode: 4874341) (CDR5-7).

In the final results of redetermination filed by Commerce with the Court on March 5, 2026 (ECF 231) ("Redetermination V"), Commerce has taken parts of Dillinger's February 2, 2026 comments into consideration and revised its final results of redetermination to reduce Dillinger's estimated weighted-average dumping margin from a proposed rate of 5.08% to 4.99%.  While Commerce's *Redetermination V* continues to suffer from some factual inaccuracies, such as the assertion that "Dillinger records the cost of . . . non-prime CTL plate in its books and records based on the sales price it can obtain for the non-prime CTL plate" and that "it is unreasonable to assume that . . .  non-prime CTL plate had an equal COP as . . . prime CTL plate," Dillinger does not believe that any further judicial or administrative proceedings on this issue would result in a meaningful reduction in Dillinger's estimated weighted-average dumping margin.  *See* Redetermination V, 6.  This is especially true in light of the fact that the underlying antidumping duty order is currently in its eighth review period.

2

Accordingly, Dillinger has no further opposition to Commerce's final results of redetermination.

Respectfully submitted,

 /s/ *Merisa A. Horgan*
Marc E. Montalbine*
J. Kevin Horgan
Merisa A. Horgan
**DEKIEFFER & HORGAN, PLLC**
1015 Fifteenth Street, N.W.
6th Floor
Washington, DC 20005
Tel: (202) 783-6900
email:  merisahorgan@dhlaw.com
Date: April 16, 2026                 *Counsel to AG der Dillinger Hüttenwerke*
_____

* Admitted to Virginia Bar; practice limited to Federal International Trade Matters pursuant to D.C. Bar Rule 49(c)(2).

**Word Count Certificate of Compliance**

This brief has been prepared utilizing Microsoft Word for Microsoft 365 using a proportionally spaced typeface (12 point Times New Roman font).

In accordance with the Chambers Procedures of this Court, the undersigned certifies that these comments comply with the word limitations set forth in the Court's scheduling order of September 15, 2023 (ECF 186).  Specifically, excluding those exempted portions of the brief, as set forth in section 2(B)(1) of the Chambers Procedures, I hereby certify that these comments contain **391** words.  In accordance with the Chambers Procedures, this certified word count is based on the word count feature in the word processing system (Microsoft Word) used to prepare this brief.

 /s/ *Merisa A. Horgan*
Merisa A. Horgan
**DEKIEFFER & HORGAN, PLLC**
1015 Fifteenth Street, N.W.
6th Floor
Washington, DC 20005
Tel: (202) 783-6900
Fax: (202) 783-6909
email:  merisahorgan@dhlaw.com
*Counsel to AG der Dillinger Hüttenwerke*