# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE LEO M. GORDON, SENIOR JUDGE

|  |  |
|---|---|
| AG DER DILLINGER HÜTTENWERKE,<br><br>Plaintiff,<br><br>ILSENBURGER GROBBLECH GMBH, *et al.*,<br><br>Consolidated Plaintiffs,<br><br>and<br><br>THYSSENKRUPP STEEL EUROPE AG,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>NUCOR CORPORATION, *et. al*,<br><br>Defendant-Intervenors. | Consol. Ct. No. 17-00158 |

## DEFENDANT'S RESPONSE TO PLAINTIFFS' COMMENTS ON FINAL RESULTS OF REDERTMINATION

Defendant, the United States, respectfully requests that this Court sustain the United States Department of Commerce's (Commerce) remand results. *See* Final Results of Remand Redetermination (March 5, 2026), ECF No. 231. Commerce has fully complied with the Court's remand order in this case, consistent with the opinion issued by the U.S. Court of Appeals for the Federal Circuit. *See* Order, ECF No. 224; *see also AG der Dillinger Hüttenwerke v. United States*, 156 F.4th 1314 (Fed. Cir. 2025). Specifically, consistent with the Court's remand order,

Commerce has revised its cost calculations of non-prime certain carbon and alloy steel cut-to-length plate (CTL plate) in the final determination in the less-than-fair-value investigation of CTL plate from the Federal Republic of Germany (Germany).  *See Certain Carbon and Alloy Steel Cut-to-Length Plate from Germany: Final Determination of Sales at Less Than Fair Value*, 82 Fed. Reg. 16,360 (Dep't of Commerce Apr. 4, 2017), and accompanying Issues and Decision Memorandum; *see also Certain Carbon and Alloy Steel Cut-to Length Plate From the Federal Republic of Germany: Notice of Court Decision Not in Harmony With the Amended Final Determination of Antidumping Investigation; Notice of Second Amended Final Determination*, 89 Fed. Reg. 1,882 (Dep't of Commerce Jan. 11, 2024) (Second Amended Final Determination).

As a result, as facts available, Commerce recalculated the cost of production (COP) of non-prime CTL plate based on the total cost of manufacturing for certain prime CTL plate reported in AG der Dillinger Hüttenwerke's (plaintiff or Dillinger) COP database, resulting in a revised weighted-average dumping margin for Dillinger of 4.99 percent.  *See* Final Results of Remand Redetermination (March 5, 2026), ECF No. 231 (Remand Results).  Moreover, because Dillinger's revised weighted-average dumping margin of 4.99 percent is the same margin calculated in the Second Amended Final Determination, the all-others rate remains the same as the Second Amended Final Determination at 20.99 percent.  *See id.* at 12.

No party opposed the Remand Results.  Indeed, the only party to comment, Dillinger, states that "Dillinger does not oppose Commerce's final results of redetermination."  Pl's Comments on Remand Results at 1, ECF No. 235.

For these reasons, we respectfully request that the Court sustain Commerce's Remand Results and enter final judgment in favor of the United States.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

OF COUNSEL:
Charlie Chung
Attorney
U.S. Department of Commerce
Office of the Chief Counsel For Trade
Enforcement and Compliance
1401 Constitution Avenue, NW
Washington, D.C. 20230
Tel:  (202) 482-6297
Email:  charlie.chung@trade.gov

s/ Claudia Burke
CLAUDIA BURKE
Deputy Director
U.S. Department of Justice
Civil Division
 Commercial Litigation Branch
 P.O. Box 480
Ben Franklin Station
Washington D.C. 20044
Tel:  (202) 353-9063
Email:  Claudia.burke@usdoj.gov

May 18, 2026

Attorneys for Defendant

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE LEO M. GORDON, SENIOR JUDGE

| | |
|---|---|
| AG DER DILLINGER HÜTTENWERKE, ) | |
| Plaintiff, ) | |
| ILSENBURGER GROBBLECH GMBH, *et al.*, ) | |
| Consolidated Plaintiffs, ) | |
| and ) | |
| THYSSENKRUPP STEEL EUROPE AG, ) | |
| Plaintiff-Intervenor, ) | |
| v. ) | Consol. Ct. No. 17-00158 |
| UNITED STATES, ) | |
| Defendant, ) | |
| and ) | |
| NUCOR CORPORATION, *et. al*, ) | |
| Defendant-Intervenors. ) | |

ORDER

Upon consideration of the remand results filed by the United States Department of Commerce, it is hereby ORDERED, that:

The Department of Commerce's remand results are SUSTAINED;

and judgment is ENTERED on behalf of the Defendant, the United States.

Dated: _____, 2026

_____
JUDGE