UNITED STATES COURT OF INTERNATIONAL TRADE

AG DER DILLINGER HÜTTENWERKE,

               Plaintiff,

    and

THYSSENKRUPP STEEL EUROPE AG,

               Plaintiff-Intervenor,

    v.

UNITED STATES,

               Defendant,

    and

NUCOR CORPORATION and
SSAB ENTERPRISES LLC,

               Defendant-Intervenors.

Before: Leo M. Gordon, Judge

Consol. Court No. 17-00158

**JUDGMENT**

This action having been submitted for decision after the filing of Final Results of Remand Redetermination, ECF No. 231 ("Remand Redetermination"), from the U.S. Department of Commerce; and after Plaintiff has advised the Court that it no longer will contest the Remand Redetermination, ECF No. 235; accordingly, it is hereby

**ORDERED** that the final determination in the less-than-fair-value investigation of Certain Carbon and Alloy Steel Cut-to-Length Plate from the Federal Republic of Germany, 82 Fed. Reg. 16,360 (Dep't of Commerce Apr. 4, 2017), is sustained, except for the matters not sustained by AG der Dillinger Hüttenwerke v. United States, No. 2024-1498, 156 F.4th 1314 (Fed. Cir. 2025); and it is further

Consol. Court No. 17-00158                                              Page 2

       **ORDERED** that the Remand Redetermination is sustained.


                                                       _____/s/ Leo M. Gordon_____
                                                            Judge Leo M. Gordon


Dated: May 19, 2026
      New York, New York